# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL BERNIER and wife, LISA BERNIER,** <br><br> Plaintiffs, <br><br> v. <br><br> **SAM'S EAST, INC., and WALMART, INC.,** <br><br> Defendant. | No. 1:18-cv-01231-STA-egb <br><br> JURY DEMANDED |

## ORDER GRANTING JOINT MOTION TO RESET SCHEDULING CONFERENCE AND NOTICE OF RESETTING

Came this date the parties, by and through counsel, and moved this Court for entry of an Order resetting the Scheduling Conference in this matter from January 16, 2019 at 9:00 a.m. to February 21, 2019 at 9:00 a.m. The Joint Motion being well-taken:

IT IS THEREFORE ORDERED that the parties' Joint Motion to reset the Scheduling Conference is GRANTED.

IT IS SO ORDERED.

s/S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: 1/16/2019

10845-86543 (RER)

**APPROVED FOR ENTRY:**

LAW OFFICES OF BENJAMIN S. HARMON


By: *s/ Jason D. Nowlin*
    JASON D. NOWLIN (BPR No. 22965)
    *Attorney for Plaintiffs*
    434 Main Street
    Savannah, Tennessee 38372
    (731) 438-3850—telephone
    (731) 438-3851—facsimile
    jnowlaw@gmail.com


RAINEY, KIZER, REVIERE & BELL, PLC


By: *s/ Brandon W. Reedy*
    RUSSELL E. REVIERE (BPR No. 7166)
    BRANDON W. REEDY (BPR No. 30314)
    *Attorneys for Defendant*
    209 East Main Street
    P.O. Box 1147
    Jackson, Tennessee 38302-1147
    (731) 423-2414—telephone
    (731) 426-8150—facsimile
    rreviere@raineykizer.com
    breedy@raineykizer.com